IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-413-D-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER CONTINUING |
| | ) | SENTENCING |
| COREY RAMON BEST, | ) | |
| | ) | |
| Defendant. | ) | |

Upon <u>Amended</u> Consent Motion of Counsel for the Defendant and for good cause shown, the sentencing in this matter is hereby continued to this Court's **October 2021** term.

IT IS FURTHER ORDERED that any delay that results from this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161 (h) (A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

This **30** day of **August**, 2021.

THE HONORABLE JAMES C. DEVER III
United States District Judge