UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-413-D-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| COREY RAMON BEST, | ) | |
| | ) | |
| Defendant. | ) | |

This matter coming on and being heard through the undersigned U.S. District Court Judge upon Defendant's Motion to Seal Defendant's Proposed Sealed Document, Docket Entry Number 141, filed on January 11, 2022, is made for good cause;

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Defendant's Proposed Sealed Document, Docket Entry Number 141, be sealed.

This  12  day of January, 2022.

THE HONORABLE JAMES C. DEVER III
United States District Court Judge