UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:20- cr-00413-1-D
Civil No. 5:25-CV-00051-D

Corey Ramon Best, )
)
        Petitioner, )
)
v. )    ORDER
)
United States of America, )
)
        Respondent. )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 19 day of February, 2026.

                                JAMES C. DEVER III
                                UNITED STATES DISTRICT JUDGE